**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| IN RE:<br>GILLIS, STEPHEN F.<br><br>Debtor(s) | CHAPTER 7 CASE<br><br>CASE NO. 06B-08482 JS<br><br>JUDGE JOHN SQUIRES |
|---|---|

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

TO the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

   At: **U.S. BANKRUPTCY COURT, 219 S. DEARBORN ST, CHICAGO, IL. 60604**

   On: **SEPTEMBER 21, 2007**

   At: **10:00 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

| | |
|---|---|
| a. Receipts | $ 36,098.24 |
| b. Disbursements | $ 1,831.42 |
| c. Net Cash Available for Distribution | $ 34,266.82 |

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|
| DAVID GROCHOCINSKI, TRUSTEE (Trustee Fees) | 0.00 | $4,359.82 | |
| DAVID GROCHOCINSKI, TRUSTEE | 0.00 | | $100.00 |

| | | | |
|---|---|---|---|
| (Trustee Expenses) | | | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Fees) | 0.00 | $4,755.00 | |
| GROCHOCINSKI , GROCHOCINSKI & LLOYD, LTD. (Trustee's Firm Legal Expenses) | 0.00 | | $81.23 |
| SCOTT, HOREWITCH, PIDGEON & ABRAMS, LLC (Trustee's Accountant Fees) | 0.00 | $1,215.00 | |

5. Applications for Chapter 11 fees and administrative expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses Now Requested |
|---|---|---|---|

6. In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

7. Claims of general unsecured creditors totaling $490,472.89 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 4.84%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 001 | WEINBRENNER SHOE COMPANY, INC. | $ 451,848.19 | $ 21,885.00 |
| 002 | DIRECT LOANS SERVICE CENTER | $ 6,423.66 | $ 311.13 |
| 003 | CITIBANK SD NA | $ 6,526.00 | $ 316.08 |
| 005 | US BANK CORP/RETAIL PAYMENT SOLUTIONS | $ 9,740.31 | $ 471.77 |
| 006 | BANK OF AMERICA NA | $ 15,934.73 | $ 771.79 |

8. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

9. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S.

Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

10. Debtor has been discharged.

11. The Trustee proposed to abandon the following property at the hearing: 2001 Saturn

Dated: **AUGUST 13, 2007**

For the Court,

By: **KENNETH S. GARDNER**
Kenneth S. Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street; 7th Floor
Chicago, IL 60604

Trustee: DAVID GROCHOCINSKI, TRUSTEE
Address: 1900 RAVINIA PLACE
ORLAND PARK, IL 60462
Phone No.: (708) 226-2700

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN**

IN RE:
GILLIS, STEPHEN F.

Debtor(s)

CHAPTER 7 CASE

CASE NO. 06B-08482 JS

JUDGE JOHN SQUIRES

**ORDER AWARDING COMPENSATION AND EXPENSES**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $ 4,359.82 |
| 2. | Trustee's expenses | $ 100.00 |
| | TOTAL | $ 4,459.82 |
| 3. | Chapter 11 Trustee's compensation | $ 0.00 |
| 4. | Chapter 11 Trustee's expenses | $ 0.00 |
| | TOTAL | $ 0.00 |

IT IS FURTHER ORDERED that the requests for compensation and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Attorney for the Trustee | |
| | a. Compensation | $ 4,755.00 |
| | b. Expenses | $ 81.23 |
| | c. Chapter 11 Compensation | $ 0.00 |
| | d. Chapter 11 Expenses | $ 0.00 |
| 2. | Accountant for the Trustee | |
| | a. Compensation | $ 1,215.00 |
| | b. Expenses | $ 0.00 |
| | c. Chapter 11 compensation | $ 0.00 |

**EXHIBIT G**

d. Chapter 11 Expenses $ 0.00

3. Other Professionals

TOTAL $ 6,051.23

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ________ day of ______________________, 200__.

ENTERED ______________________________
JOHN SQUIRES
UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT G**

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

District/off: 0752-1 User: sward Page 1 of 1 Date Rcvd: Aug 13, 2007
Case: 06-08482 Form ID: pdf002 Total Served: 24

The following entities were served by first class mail on Aug 15, 2007.

```
db           +Stephen F. Gillis,   2057 Wexford Circle,   Wheaton, IL 60187-6167
aty          +Kent A Gaertner,   Springer, Brown, Covey, Gaertner & Davis,   400 S. County Farm Rd., Suite 330,
               Wheaton, IL 60187-4547
aty          +Richard G Larsen,   Myler, Ruddy & McTavish,   105 E. Galena Blvd., 8th Floor,
               Aurora, IL 60505-3338
tr           +David E Grochocinski,   Grochocinski, Grochocinski & Lloyd, Ltd.,   1900 Ravinia Place,
               Orland Park, IL 60462-3760
cr           +Weinbrenner Shoe Company, Inc,   c/o Springer, Brown, Covey,,   Gaertner & Davis, LLC,
               400 S. County Farm Road,   Suite 330,   Wheaton, IL 60187-4547
11068830      Bank Of America NA,   Attn Mr M-BK,   POB 53160,   Phoenix, AZ  85072-3160
10823011      Citi Bank,   Studen Loan Corporation,   P.O. Box 6151,   Sioux Falls, SD 57117-6151
10834102      CitiBank,   Student Loan Corporation,   POB 6151,   Sioux Falls, SD  57117-6151
10951860     +Citibank ( South Dakota ) N.A.,   POB 182149,   Columbus, OH 43218-2149
11497758     +Citibank (USA) N.A.,   DBA: SEARS,   PO Box 182149,   Columbus, OH 43218-2149
10823012     +Citibank Mortgage,   P.O. Box 6006,   The Lakes, NV 88901-6006
10823013      Direct Loans Service Center,   P.O. Box 5609,   Greenville, TX 75403-5609
10823014     +GMAC Card,   P.O. Box 37281,   Baltimore, MD 21297-3281
10823015     +Hamilton Fay,   Hamilton, Baskins, Fay & Moon,   201 S. College Street,
               Charlotte, NC 28244-2020
10823016     +Knights of Columbus Insurance,   One Columbus Plaza,   New Haven, CT 06510-3326
10823017     +MBNA,   P.O. Box 15026,   Wilmington, DE 19850-5026
10823019      Sears,   P.O. Box 182156,   Columbus, OH 43218-2156
10823020     +U.S. Bank,   P.O. Box 6353,   Fargo, ND 58125-6353
10953782     +US Bank Corp/Retail Payment Solutions,   PO Box 5229,   Cincinnati, OH 45201-5229
10823021     +Veronica M. Gilles,   2057 Wexford Circle,   Wheaton, IL 60187-6167
10823022     +Veronica M. Gillis,   2057 Wexford Circle,   Wheaton, IL 60187-6167
10939874     +Weinbrenner Shoe Company, Inc.,   c/o Springer, Brown, Covey, Gaertner & D,
               400 S. County Farm Road, Suite 330,   Wheaton, IL 60187-4547
10823023      Weinbrenner Shoe Company, Inc.,   C/OMirabella,Kincaid,Frederick,
               1776 S. NapervilleRd.,BldgA,Ste103,   Wheaton, IL 60187
10939836     +c/o Springer, Brown, Covey, Gaertner & Davis, LLC,   400 S. County Farm Road, Suite 330,
               Wheaton, IL 60187-4547
```

The following entities were served by electronic transmission.
NONE. TOTAL: 0

```
           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
br            Harriet J Bode
acc           Horewitch Alan
10823018      Record Industrial Company Inc.
11449124*    +Citibank ( South Dakota ) N.A.,   POB 182149,   Columbus, OH 43218-2149
10834103*     Direct Loans Service Center,   POB 5609,   Greenville, TX  75403-5609
                                                                     TOTALS: 3, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 15, 2007** **Signature:** Joseph Speetjens